## STANLEY v. MOORE

No. 114PA94

Case below: 113 N.C.App. 523

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 16 June 1994.

## STATE FARM MUT. AUTOMOBILE INS. CO. v. BRANCH

No. 219P94

Case below: 114 N.C.App. 234

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 16 June 1994.

## STATE v. ADAMS

No. 218P94

Case below: 114 N.C.App. 269

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 16 June 1994.

## STATE v. BALLEW

No. 141A94

Case below: 113 N.C.App. 674

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 16 June 1994.

## STATE v. BASDEN

No. 159A94

Case below: Duplin County

Petition by defendant for writ of certiorari to review the decision of the Duplin County Superior Court denied 5 May 1994.